LAW LIBRARY

NO. 29239

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

AFA TUIALII, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 07-1-0471)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Moon, C.J., for the court[1]; Acoba, J., dissenting,
with whom Duffy, J. joins)

Petitioner/defendant-appellant Afa Tuialii's application for writ of certiorari, filed November 25, 2009, is hereby rejected.

DATED:   Honolulu, Hawai'i, January 11, 2010.

FOR THE COURT:

Chief Justice

---

[1]  Considered by:  Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.